# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| C.J. STEWART, Register No. 182472, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08-4211-CV-C-NKL |
| | ) |
| DR. THOMAS BAKER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On May 15, 2009, plaintiff filed a notice of appeal and on May 28, 2009, a request for leave to proceed in forma pauperis on appeal. Plaintiff's notice of appeal triggers the assessment of the appellate filing fee in the amount of $455.00, and constitutes consent for the deduction of that fee from his inmate account. 28 U.S.C. § 1915; Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997).

An appeal in forma pauperis, however, may not be taken if the court certifies, in writing, that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). The court finds plaintiff's appeal is not taken in good faith because his claims were properly dismissed, without prejudice, for failure to exhaust administrative remedies.

Although the district court is denying plaintiff leave to proceed in forma pauperis on appeal, plaintiff may still seek to proceed under 28 U.S.C. § 1915, by filing with the appellate court a timely motion under Rule 24(a) of the Federal Rules of Appellate Procedure. Plaintiff also may pursue his appeal as a regular appellant, without the benefit of 28 U.S.C. § 1915, by paying the full appellate filing fee to the clerk of the district court within thirty days. If plaintiff does not file a Rule 24(a) motion or pursue his appeal as a regular appellant, his appeal may be dismissed by the appellate court.

The denial of in forma pauperis status by the district court does not relieve plaintiff of the obligation to pay the appellate filing fee. Accordingly, plaintiff's financial documentation has been reviewed and an initial filing fee has been calculated.

THEREFORE, IT IS ORDERED that plaintiff's appeal is not taken in good faith and plaintiff is denied leave to proceed in forma pauperis on appeal. [31] It is further

ORDERED that plaintiff's initial filing fee is calculated at $1.42 and the Missouri Department of Corrections is directed to deduct from plaintiff's inmate account, and forward to the court, the initial filing fee and installment payments, in accord with the provisions of 28 U.S.C. § 1915, until the $455.00 appellate filing fee is paid in full. It is further

ORDERED that plaintiff's motion to compel is denied, without prejudice to reconsideration by the appellate court if determined necessary. [30]

/s/ Nanette Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 6-12-09
Jefferson City, Missouri

2